

March 10, 2023

Steven Marandola
16 Rodman Street
Unit D
Narragansett, RI  02882

Dear Steven,

This letter will confirm our conversation today that your last day with Avertium will be today, March 10, 2023. You will need to make sure that you have given me all information for the customers and other matters that you have been working with. We ask that you refrain from reaching out to customers.

You will receive labels from IT to return your equipment to the Knoxville office.

Your salary will continue with a check on March 31, 2023, and your final check on April 15, 2023.

You will not be eligible for the 2023 annual bonus.

You currently have health insurance with Avertium. This insurance we carry for you will terminate on April 30, 2023. You will receive notice from WageWorks concerning COBRA that you can carry after the end of the month. Your voluntary benefits will terminate today but some can be transferred to you if you wish. You are also receiving a Departure Sheet with information that may help you in this process. If you have questions regarding your benefits, please contact Sherry at sherry.day@avertium.com.

You are eligible to apply for unemployment after you receive your last paycheck if you have not obtained other employment.

In addition, you have vested equity with Avertium.  If you wish to act on this equity, you will need to do so in the next 90 days.  You should contact Vicente Velez at vicente.velez@avertium.com before the deadline of June 8, 2023.

3110 N. Central Avenue – Suite D-170, Phoenix, AZ 85012

Case 3:25-cv-00084-KAC-DCP     Document 1-3     Filed 02/28/25     Page 1 of 2     PageID #: 30



You will need to keep the company informed of your contact information so that we are able to provide information you may need in the future such as your W-2 form.

Please contact Sherry or Destini at HR@avertium.com if you have any other questions.

Sincerely,

*William Carroll*

William Carroll
Chief Executive Officer
Avertium LLC