# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

STEVEN MARANDOLA,     )
     )
    Plaintiff     )
     )
v.     )     Civil Action File No. 3:25-cv-84
     )
AVERTIUM HOLDINGS, LLC,     )
AVERTIUM, LLC, and     )
AVERTIUM TENNESSEE, INC.     )
     )
    Defendants.     )

---

## DISCLOSURE STATEMENT

---

I, the undersigned, counsel of record for Steven Marandola, certify to the best of my knowledge and belief:

My client has no corporate interests to be identified under Federal Rule of Civil Procedure 7.1(a)(1), and is a citizen and resident of Rhode Island.

By His Attorneys:

s/  D. Scott Hurley
D. Scott Hurley, Esq. #011001
Ryan N. Shamblin, Esq. #022280
Attorneys for the Plaintiff
The Hurley Law Firm, P.C.
205 Mohican St.
Knoxville, Tennessee 37919
865-523-1414
865-546-8121 (fax)

*Counsel to Plaintiff*
John A. Sten, Esq.
Ann Makkiya, Esq.
Byrd Campbell, P.A.
100 State Street, 3rd Fl.
Boston MA 02109
(617) 967-2820
JSten@ByrdCampbell.com
AMakkiya@ByrdCampbell.com
MCarito@ByrdCampbell.com