UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STEVEN MARANDOLA, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>AVERTIUM HOLDINGS, LLC, )<br>AVERTIUM, LLC, and )<br>AVERTIUM TENNESSEE, INC. )<br>)<br>    Defendants. ) | Civil Action File No. 3:25-cv-84 |

## CORPORATE DISCLOSURE STATEMENT

    I, the undersigned, counsel of record for Steven Marandola, certify to the best of my knowledge and belief:

My client has no corporate interests to be identified under Federal Rule of Civil Procedure 7.1(a)(1).

By His Attorneys:

s/ D. Scott Hurley
D. Scott Hurley, Esq. #011001
Ryan N. Shamblin, Esq. #022280
Attorneys for the Plaintiff
The Hurley Law Firm, P.C.
205 Mohican St.
Knoxville, Tennessee 37919
865-523-1414
865-546-8121 (fax)

*Counsel to Plaintiff*
John A. Sten, Esq.
Ann Makkiya, Esq.
Byrd Campbell, P.A.
100 State Street, 3rd Fl.
Boston MA 02109
(617) 967-2820
JSten@ByrdCampbell.com
AMakkiya@ByrdCampbell.com
MCarito@ByrdCampbell.com