UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STEVEN MARANDOLA, | ) |
|     Plaintiff | ) |
| v. | ) Civil Action File No. 3:25-cv-84 |
| AVERTIUM HOLDINGS, LLC, AVERTIUM, LLC, and AVERTIUM TENNESSEE, INC. | ) |
|     Defendants. | ) |

## NOTICE OF CITIZENSHIP

I, the undersigned, counsel of record for Steven Marandola, certify to the best of my knowledge and belief:

My client is a citizen and resident of Rhode Island.

By His Attorneys:

s/ D. Scott Hurley
D. Scott Hurley, Esq. #011001
Ryan N. Shamblin, Esq. #022280
Attorneys for the Plaintiff
The Hurley Law Firm, P.C.
205 Mohican St.
Knoxville, Tennessee 37919
865-523-1414
865-546-8121 (fax)

*Counsel to Plaintiff*
John A. Sten, Esq.
Ann Makkiya, Esq.
Byrd Campbell, P.A.
100 State Street, 3rd Fl.
Boston MA 02109
(617) 967-2820
JSten@ByrdCampbell.com
AMakkiya@ByrdCampbell.com
MCarito@ByrdCampbell.com