# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| STEVEN MARANDOLA <br><br> *Plaintiff(s)* <br> v. <br><br> AVERTIUM HOLDINGS, LLC, <br> AVERTIUM, LLC, and <br> AVERTIUM TENNESSEE, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 3:25-cv-84 ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AVERTIUM TENNESSEE, INC.
c/o Registered Agent
CORPORATE CREATIONS NETWORK INC.
205 POWELL PL
BRENTWOOD, TN 37027-7522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: D. Scott Hurley, Esq.
Ryan N. Shamblin, Esq.
The Hurley Law Firm, P.C.
205 Mohican St.
Knoxville, Tennessee 37919
865-523-1414

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/03/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:25-cv-84

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Avertium Tennessee, Inc.**
was received by me on *(date)* **3/3/25**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Reg. Agent, Corporate Creations Network, Inc.**, who is designated by law to accept service of process on behalf of *(name of organization)* **Avertium Tennessee, Inc.** on *(date)* **or about 3/11/25** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ —  for travel and $ —  for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **3-14-25**

*Ryan N. Shamblin*
*Server's signature*

**Ryan N. Shamblin, Esq.**
*Printed name and title*

**205 Mohican St. Knoxville, TN 37919**
*Server's address*

Additional information regarding attempted service, etc:
Service was made by certified mail, return receipt requested (attached).

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ⌒Stoupe  ☐ Agent  ☐ Address<br>B. Received by (Printed Name)  C. Date of Delivery  3/11 |
| 1. Article Addressed to:<br>Steven Makandala<br>A Ventum Tennessee, Inc.<br>C/o Registered Agent<br>Corporate Creations Network Inc<br>205 Powell Pl Brentwood, TN<br>37027-7522 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9061 4122 6821 91 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 1970 0002 1975 7169 | ail<br>ail Restricted Delivery |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |