# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| STEVEN MARANDOLA,<br><br>    Plaintiff,<br><br>v.<br><br>AVERTIUM HOLDINGS, LLC, AVERTIUM, LLC, and AVERTIUM TENNESSEE, INC.,<br><br>    Defendants. | Case No. 3:25-cv-00084-KAC-DCP<br><br>District Judge Crytzer<br><br>Magistrate Judge Poplin |

## STIPULATION OF INITIAL EXTENSION OF
## TIME TO RESPOND TO COMPLAINT

The Parties, by and through their respective undersigned counsel, hereby stipulate to a 21-day initial extension of time for Defendants Avertium, LLC and Avertium Tennessee, Inc. to respond to the complaint, pursuant to Local Rule 12.1(a). Defendants Avertium, LLC and Avertium Tennessee, Inc. were served on March 11, 2025, making the current deadline April 1, 2025.[1] (*See* D.E. 8; D.E. 9.) With the stipulated extension, Defendants Avertium, LLC and Avertium Tennessee, Inc. will respond to the complaint on or before April 22, 2025.

Date: March 31, 2025

                                        Respectfully submitted,

---

[1] Defendant Avertium Holdings, Inc. has not yet been served.

| STEVEN MARANDOLA | AVERTIUM HOLDINGS, LLC, AVERTIUM, LLC, and AVERTIUM TENNESSEE, INC. |
|---|---|
| /s/ *D. Scott Hurley* | |
| D. Scott Hurley, Esq. #011001 | |
| Ryan N. Shamblin, Esq. #022280 | /s/ *Benjamin S. Morrell* |
| Attorneys for the Plaintiff | Benjamin S. Morrell (TBPR No. 35480) |
| The Hurley Law Firm, P.C. | TAFT STETTINIUS & HOLLISTER LLP |
| 205 Mohican St. | 111 East Wacker Drive, Suite 2600 |
| Knoxville, Tennessee 37919 | Chicago, IL 60601 |
| 865-523-1414 | Telephone: (312) 527-4000 |
| 865-546-8121 (fax) | Facsimile: (312) 527-4011 |
| | bmorrell@taftlaw.com |
| | |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.


Date: March 31, 2025

/s/ *Benjamin S. Morrell*